IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03072-RM-BNB

JOHN BIELASKI,

Plaintiff,

v.

MIDLAND FUNDING LLC,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Unopposed Motion to Amend Complaint** [docket no. 9, filed December 26, 2013] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Exhibit A, First Amended Complaint, for filing.


DATED: December 26, 2013