IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 13-cv-03072-RM-BNB

JOHN BIELASKI,

    Plaintiff,

v.

MIDLAND FUNDING LLC,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

This matter comes before the Court on the Unopposed Motion to Dismiss with Prejudice filed February 12, 2014 (ECF No. 16). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Unopposed Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE.

Dated this 27th day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge